UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANRI Insurance Agency, Inc., Balamurali ("Bala") Rajaraman, and Jacqueline Hill,<br><br>Plaintiffs<br><br>v.<br><br>Government Employees Insurance Company, et al.<br><br>Defendants. | Case No. 2:23-CV-425 |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for corporate Defendants Government Employees Insurance Company ("GEICO"), GEICO Insurance Agency, LLC, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, GEICO Secure Insurance Company, and Berkshire Hathaway Inc. (collectively, the "Defendants"), furnishes the following information in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

Defendants GEICO, GEICO Indemnity Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, and GEICO Secure Insurance Company are wholly-owned subsidiaries of former Defendant GEICO Corporation. Defendants GEICO General Insurance Company and GEICO Insurance Agency LLC are wholly-owned subsidiaries of Defendant GEICO. Defendant GEICO Casualty Company is a wholly-owned subsidiary of Defendant GEICO Indemnity Company. Former Defendant GEICO Corporation is a wholly-owned subsidiary of National Indemnity Company. National Indemnity Company is a wholly-owned subsidiary of Defendant Berkshire Hathaway Inc.

Defendants expect that only Duane Morris attorneys will appear on their behalf.

**Dated: June 30, 2023**               Respectfully Submitted,


/s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr. (06181016)
E-mail:gmaatman@duanemorris.com
Jennifer A. Riley (6272366)
E-mail:jariley@duanemorris.com
Jeffrey Zohn (6324903)
E-mail:jzohn@duanemorris.com
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: +1 312 499 6700
Fax: +1 312 499 6701

Attorneys for Government Employees Insurance Company